(Del. Rev. 11/14) Pro Se General Complaint Form

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Renee A. Chrustowski

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Hassler, Burnett,
Madera, Ryder,
Mahala-Worman

_____

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the
space provided, please write "see attached" in the space
above and attach an additional sheet of paper with the full list
of names. The names listed in the above caption must be
identical to those contained in Section I. Do not include
addresses here.)*

Civ. Action No. 25 - 606 ª
(To be assigned by Clerk's Office)

**COMPLAINT**
(Pro Se)

Jury Demand?
☐ Yes
☑ No



FILED
MAY 15 2025
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se General Complaint Form

## I.    PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff:    Chrystowski Renee A
          Name (Last, First, MI)

711 Wood Duck Ct
Street Address

Middletown    DE    19709
County, City    State    Zip Code

302-373-8003    Reneeac32@gmail.com
Telephone Number    E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    Hassler, Aileen, Thomas, Julie, Colleen, Sandra,
          Name (Last, First)    Aileen, Vicki

144 Highland Ave
Street Address

Salem  Pennsville    NJ    08070
County, City    State    Zip Code

Defendant 2:    Burnett, Dave, Judy
          Name (Last, First)

143 Highland Ave
Street Address

Salem, Pennsville  NJ    08070
County, City    State    Zip Code

(Del. Rev. 11/14) Pro Se General Complaint Form

### Defendant(s) Continued

Defendant 3:  Madera, Bill, Cindy
Name (Last, First)

152 Highland Ave
Street Address

Salem, Pennsville NJ 08070
County, City        State        Zip Code

Defendant 4:  Ryder, Jaime
Name (Last, First)

187 Churchtown Rd
Street Address

Salem, Pennsville NJ 08070
County, City        State        Zip Code

## II.    BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☑ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☑ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☑ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

I was harassed, my privacy rights were violated, my property was stolen, I was discriminated against, I was a victim of fraud, extortion, theft, embezzlement.

Page **3** of **8**

(Del. Rev. 11/14) Pro Se General Complaint Form

## III.   VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

4 - I am suing a U.S. government on a federal agency and official in their offical capacities and I live in this district.

## IV.   STATEMENT OF CLAIM

Place(s) of occurrence:   148 Highland Que, Pennsville NJ 08070
90 N. Broadway, Pennsville NJ 08070
187 Churchtown Rd, Pennsville NJ 08070

Date(s) of occurrence:   12/20/2006, 6/17/2002, 4/15/2024

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

FACTS:

What happened to you?

I was verbally and physically abused by my former neighbors, who stole my personal information and property, to use against me to exclude me from making citizens complaints at the police departments and to cause me

(Del. Rev. 11/14) Pro Se General Complaint Form

physical and financial damages.
They continually harassed me
and excluded me from attorney's
employment, employment opportunities
and court procedures, or training.
They caused me to be harassed
by undeserving women, men,
minorities, and children
who stole my information
and identity to use for
themselves without providing
me with reasonable monetary
compensation or rewards.

They caused me to be
discriminated against by
911 operators and dispatchers.
Rachel Simmons, Rob & Michell Simmons, Leah Simmons Ferzetti

Was anyone else involved?

They cause harm and
damages to animals.
Shelly Chrustowski, Pete Chrustowski
They sent inappropriate,
explicit, rude, degrading
messages to my house,
my phone, my tv, and
other methods of portals.

They allowed other undeserving
individuals to use my portal
and information without my
consent —

Page 5 of 8

(Del. Rev. 11/14) Pro Se General Complaint Form

They stole my civil rights action lawsuit filed on 12/20/2006 against my former employers and used it against me, to cause me financial and physical harm, and to help themselves, and undeserving women with children or other individuals, and to exclude me.

Pete and Shelly Chruslonski pushed me down the stairs at 148 Highland Ave, Pennsville, NJ 08070 and caused me to have 8 stitches.

**Who did what?**

They spread false rumors, allegations, lies, etc to defame, slander, and humiliate me to ruin my reputation.

They cause me to be harassed by NAACP members, black individuals, & minorities to cause harm to my physical health.

Lisa Mahala·Worman acted as a friend and they acted as neighbors, but they used me to extort, embezzel, and defraud money from me through computers and telephones to cause me financial stress and physical damages→

(Del. Rev. 11/14) Pro Se General Complaint Form

## V.    INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Asthma, allergies, epilepsy, stitches, back injuries head injuries, damages to my eye, seizures

## VI.    RELIEF

The relief I want the court to order is:

☑    Money damages in the amount of: $ 20,000,000.00

☑    Other (explain):

Sanctions, penilties, OR disciplines on the defendants for causing me harm

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII.    CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

5/12/2025
Dated

Renee A. Chrustowski
Plaintiff's Signature

Chrustowski, Renee A.
Printed Name (Last, First, MI)

711 Wood Duck Ct    Middletown    DE    19709
Address                    City                    State    Zip Code

302-373-8003
Telephone Number

ReneeAC32@gmail.com
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**